IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| TRAVIS LAMAR GORDON, | * |
| Petitioner | * |
| vs. | * |
| ALBERTO GONZALES, et al., | * CASE NO. 4:07-CV-28(CDL) |
| Respondents | * |

## ORDER ON REPORT AND RECOMMENDATION

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 28, 2007, is hereby approved, adopted, and made the Order of the Court.

The affidavit of the Petitioner construed by the Court as an objection to the Report and Recommendation has also been thoroughly considered and is found to be without merit.

IT IS SO ORDERED, this 28th day of January, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE